NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURDUE PHARMA L.P., P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P.,**
*Appellants*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2018-1285, 2018-1286

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01027, IPR2016-01028.

---

**JUDGMENT**

---

JENNIFER LORAINE SWIZE, Jones Day, Washington, DC, argued for appellants. Also represented by ROBERT STANDER, GREGORY A. CASTANIAS; GASPER LAROSA, JOHN JOSEPH NORMILE, JR., New York, NY.

SARAH E. CRAVEN, Office of the Solicitor, United States

Patent and Trademark Office, Alexandria, VA, argued for intervenor.  Also represented by THOMAS W. KRAUSE, MARY L. KELLY, JOSEPH MATAL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and BRYSON, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 4, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court